NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MEDIA QUEUE, LLC,**
*Plaintiff-Appellant,*

v.

**NETFLIX, INC.,**
*Defendant-Cross Appellant,*

AND

**BLOCKBUSTER, INC.,**
*Defendant-Appellee,*

AND

**GREENCINE HOLDINGS, LLC,**
*Defendant.*

---

2010-1199, -1344

---

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1027, Judge Susan Illston.

---

ON MOTION

---

ORDER

Upon consideration of the motion to withdraw Marcelo Guerra as counsel for Netflix, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 20 2012
                Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John J. Edmonds, Esq.
    Scott W. Breedlove, Esq.
    Michael A. Jacobs, Esq.
    John D. Vandenberg, Esq.
    Peter J. Brann, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 20 2012

JAN HORBALY
CLERK